IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALFRED BLACKMAN, )<br>    Plaintiff/Counter Defendant, )<br>)<br>v. )<br>)<br>DOROTHY PARTRIDGE, HAROLD )<br>PARTIDGE, and HAPPY HOME )<br>INSULATION COMPANY a/k/a )<br>Happy Home Improvement, Inc. )<br>    Defendants/Counterclaimants. ) | CIVIL ACTION NO. 17-00160-KD-N |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations (Doc. 24) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated December 1, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendants' Motion to Dismiss for Failure to Prosecute (Doc. 19) is **GRANTED**, that Plaintiff Alfred Blackman's claims against the Defendants in this action are **DISMISSED with prejudice** under Federal Rule of Civil Procedure 41(b), and that the Defendants' counterclaims against Blackman are **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(2).

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 20th day of December 2017.

                                       /s/ Kristi K. DuBose
                                       **KRISTI K. DuBOSE**
                                       **CHIEF UNITED STATES DISTRICT JUDGE**